IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DEBRA DIANE FRALEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:12cv18-MHT** |
| ) | **(WO)** |
| **GKN AEROSPACE-ALABAMA,** ) | |
| ) | |
| Defendant. ) | |

OPINION

Plaintiff filed this lawsuit asserting sex discrimination and retaliation claims. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of June, 2012.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE